ELSE M. AXELRAD, Appellant, *v.* JOHN AXELRAD, Respondent.

Argued June 6, 1955; decided July 8, 1955.

*Chester A. Lessler* and *Sol Kamenkowitz* for appellant.

*Jack B. Weinstein, William Rosenfeld* and *J. E. Hollenberg* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.